1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270      Nunc Pro Tunc 1/4/2008
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 51,415

7  Attorneys for Plaintiff
   MAIN EVENTS/MONITOR PRODUCTIONS
8
                 UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10
                 WESTERN DIVISION (LOS ANGELES)
11

| | |
|---|---|
| MAIN EVENTS; MONITOR PRODUCTIONS,<br><br>Plaintiffs,<br><br>vs.<br><br>RAFAEL A. BARRAGAN doing business as Mariscos Veracruz Mexican Seafood Restaurant; SIMONA BARRAGAN doing business as Mariscos Veracruz Mexican Seafood Restaurant,<br><br>Defendants. | CASE NO. 2:96-cv-08761-AAH-SH<br><br>[~~PROPOSED~~] RENEWAL OF CONSENT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The Default Judgment to and against Defendants RAFAEL BARRAGAN and SIMONA BARRAGAN d/b/a Mariscos Veracruz Mexican Seafood, entered on 01/16/98, be and the same is hereby renewed in the amounts as set forth below:

1 | Renewal of money judgment

2 | a. Total judgment | $9,000.00
  | b. Costs after judgment | $ -0-
3 | c. Subtotal (*add a and b*) | $9,000.00
  | d. Credits after judgment | $ -0-
4 | e. subtotal (*subtract d from c*) | $9,000.00
  | f. Interest after judgment | $ 2,250.00
5 | g. Fee for filing renewal application | $ -0-
  | h. **Total renewed judgment** (*add e, 5, and g*) | $11,250.00

7 DATED: January 13, 2011       CLERK, by  *Irene Ramirez*
8                                Deputy

10 F:\USERS\DJCNEW\barragan.renewal